UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IRENE WHIPKEY,

      Plaintiff,

    v.                                   Civil Action No. 08-cv-00001-RJA

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.
_____

**NOTICE OF PENDING SETTLEMENT**

    Defendant, NCO Financial Systems, Inc. by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to plaintiff's claims against NCO and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    DATED this 29th day of September 2008.

                        Respectfully Submitted,

                        _/s_____
                        Michael Del Valle, Esq.
                        New York Bar No.: 2753507
                        SESSIONS, FISHMAN, NATHAN & ISRAEL OF NEW YORK, LLC.
                        130 John Muir Drive, Suite 106
                        Amherst, NY  14228
                        Telephone No.: (866) 767-2815
                        Facsimile No.: (716) 625-7497
                        mdelvalle@sessions-law.biz

                        and

                David Israel, Esq.
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                Lakeway Two, Suite 200
                3850 N. Causeway Blvd.
                Metairie, LA 70002-7227
                Telephone No.: (504) 828-3700
                Facsimile No.: (504) 828-3737
                disrael@sessions-law.biz

                Counsel for Defendant,
                NCO Financial Systems, Inc.

### **CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of September 2008, a true and correct copy of the foregoing Notice was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel. Parties may access this filing through the Court's system.

                \_\_/s_____
                Attorney

N:\NCO\Whipkey, Irene (6947-08-22516)\Pleadings\Whipkey - Notice of Pending Settlement.doc